IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR5-1-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Lenard Lowery | ) | |

**THIS MATTER** is before the Court on its own motion to re-assign the above captioned case. Any speedy trial delay caused by this transfer should be excluded.

**IT IS THEREFORE ORDERED** that the above captioned case be administratively reassigned to the Honorable H. Brent McKnight. Defendant's trial scheduled for the October 20, 2003 Charlotte term will be moved to Judge McKnight's October 14, 2003 term. The court further finds that the ends of justice served by taking such action outweigh the interest of the public and defendant to a speedy trial.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

This 22 day of August, 2003.

*/s/ Graham C. Mullen*
GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
for the
Western District of North Carolina
August 22, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:03-cr-00005

True and correct copies of the attached were mailed by the clerk to the following:

    Robert J. Gleason, Esq.
    U.S. Attorney's Office
    227 W. Trade St.
    1700 Carillon Bldg.
    Charlotte, NC 28202

    Richard L. Brown Jr., Esq.
    Law Offices of Richard L. Brown, Jr.
    310 N. Church Street
    Monroe, NC 28111

cc:
Judge                         ( )
Magistrate Judge       ( )
U.S. Marshal            (√)
Probation                (√)
U.S. Attorney           ( )
Atty. for Deft.        ( )
Defendant               ( )
Warden                  ( )
Bureau of Prisons      ( )
Court Reporter         ( )
Courtroom Deputy       ( )
Orig-Security           ( )
Bankruptcy Clerk's Ofc. ( )
Other_____ ( )

Date: 8/25/03

Frank G. Johns, Clerk
By: _____
    Deputy Clerk